UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
BRYANT PREUDHOMME, individually and on behalf of all others similarly situated,

        Plaintiff,

    v.

PRIME HYDRATION LLC,

        Defendant.
------------------------------------x

Case No. 1:24-cv-03568 (JGLC)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant PRIME HYDRATION LLC certifies the following:

PRIME HYDRATION LLC is wholly owned by its parent Drink Prime Holding Company LLC, which is not publicly held, and no members of Drink Prime Holding Company LLC are publicly held entities. Thus, no publicly held corporation owns 10% or more of PRIME HYDRATION LLC.

PRIME HYDRATION LLC is a citizen of Delaware and Kentucky. *See Seljak v. Pervine Foods, LLC*, 21 CIV. 9561 (NRB), 2023 WL 2354976 (S.D.N.Y. Mar. 3, 2023); *Kim v. Trulia, LLC*, No. 19-CV-06733 (DLI), 2021 WL 8743946 (E.D.N.Y. Mar. 31, 2021).

Dated: New York, New York
       June 14, 2024

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By:    */s/ Stephen L. Saxl*
      Stephen L. Saxl
One Vanderbilt Avenue
New York, New York 10017
(212) 801-9200
saxls@gtlaw.com
*Attorneys for Defendant*